# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Edgar Clarence Godfrey, III, and ) | Case No. 2:23-BK-01370-FMD |
| Nancy Jo Godfrey, ) | Chapter 13 |
| ) | |
| Debtors. ) | |
| ) | |
| ) | |
| Kimberly Whelpley and Coastal ) | Adversary No. 2:24-ap-00009-FMD |
| Resource Staffing, LLC, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| Edgar Clarence Godfrey, III, and ) | |
| Nancy Jo Godfrey, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The undersigned hereby certifies that she served the foregoing Notice of Intent to Subpoena on the debtor, Nancy Godfrey, 510 Via Cintia, Punta Gorda FL 33952, via regular mail, first class United States mail, postage fully pre-paid, on this Monday, February 3, 2025.

/s/ Jennifer S. Ivey
Walker Gressette & Linton, LLC
District Ct. ID: 12515
Office: 66 Hasell St., Charleston, SC 29401
Mailing: P.O. Box 22167, Charleston, SC 29413
Tel: (843) 727-2216
ivey@wglfirm.com