ORDERED.

**Dated: February 07, 2025**

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Edgar Clarence Godfrey, III, and and Nancy Jo Godfrey, | ) ) | Case No. 2:23-BK-01370-FMD |
| | ) | Chapter 13 |
| Debtors. | ) | |
| _____ | ) ) | |
| Kimberly Whelpley and Coastal Resource Staffing, LLC, | ) ) | Adversary No. 2:24-ap-00009-FMD |
| | ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Edgar Clarence Godfrey, III, and Nancy Jo Godfrey, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**ORDER RESETTING DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND ESTABLISHING BRIEFING SCHEDULE**

This matter comes before the Court upon Plaintiff's Motion to Extend Deadline for Filing Motions for Summary Judgment and Establishing Briefing Schedule (Dkt. 34). Plaintiff has

requested that the deadline for filing Motions for Summary Judgment on the isolated issue of her ownership status (if any are filed), be extended through February 12, 2025, and that related deadlines also be extended.  By submission of this order for entry, the submitting counsel represents that the opposing party consents to this entry.  Having found that there is good cause shown to extend the requested deadlines, I hereby grant Plaintiff's motion, and the following deadlines are hereby established:

1. Motions for summary judgment as to the issue of Kimberly Whelpley's status as a member and owner of Coastal Resource Staffing, LLC, with supporting affidavits and evidence, must be filed on or before **February 12, 2025**.

2. Responses to the motions are due on or before **March 5, 2025**.

3. Any replies shall be due on or before **March 12, 2025**.

4. A hearing on the Motion for Partial Summary Judgment will be held on **March 24, 2024 at 11:00 am.**

IT IS THEREFORE ORDERED that the deadlines in this matter be extended as set forth above.

**Attorney Jennifer S. Ivey is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.**