ORDERED.

Dated: March 24, 2025

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

EDGAR C. GODFREY, III and
NANCY JO GODFREY,                              Case No. 2:23-bk-01370-FMD

    Debtors.
_____/

KIMBERLY WHELPLEY and
COASTAL RESOURCE STAFFING, LLC,

    Plaintiffs,
                                              Adv. Pro. No.: 2:24-ap-0009-FMD
v.

EDGAR C. GODFREY, III and
NANCY JO GODFREY,

    Defendants.
_____/

**AGREED ORDER GRANTING MOTION TO CONTINUE HEARING ON SUMMARY JUDGMENT SET FOR MARCH 24, 2025 AT 11:00 A.M. AND RESETTING DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND ESTABLISHING CASE MANAGEMENT SCHEDULE**

THIS CAUSE came on for consideration of the Motion to Continue Hearing on Summary Judgment Set for March 24, 2025 at 11:00 A.M (Doc. No. 40) (the "Motion"). By

submission of this order for entry, the submitting counsel represents that the Defendants and Plaintiffs each agree to the form of this order and the relief contained herein, and the Court having reviewed the Motion and having been otherwise sufficiently advised, has determined that it is appropriate to enter this order.  Accordingly, it is,

ORDERED:

1. The Motion is GRANTED.

2. Responses to all outstanding discovery requests shall be due within twenty-one (21) days of the date of this order.

3. All motions for summary judgment, with supporting affidavits and evidence, must be filed on or before **July 1, 2025**.

4. Responses to the motions are due on or before **July 28, 2025**.

5. Any replies shall be due on or before **August 4, 2025**.

6. A hearing on all motions for summary judgment will held on  **August 26, 2025** at **10:00 am**     in Courtroom 9A, 801 N. Florida Avenue, Tampa, Florida.  All parties may attend the hearing in person. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances, available at https://www.flmb.uscourts.gov/judges/delano, regarding policies and procedures for attendance at hearings by video or telephone via Zoom. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

Attorney Benjamin G. Martin, Esq.,is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of the entry of this Order.