UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

IN RE:

EDGAR C. GODFREY, III and
NANCY JO GODFREY,   Case No. 2:23-bk-01370-FMD

    Debtors.
_____/

KIMBERLY WHELPLEY and
COASTAL RESOURCE STAFFING, LLC,

    Plaintiffs,

                                               Adv. Pro. No.: 2:24-ap-0009-FMD

v.

EDGAR C. GODFREY, III and
NANCY JO GODFREY,

    Defendants.
_____/

**PROOF OF SERVICE**

    I HEREBY CERTIFY pursuant to Local Rule 7005-1 that a true and correct copy of the **AGREED ORDER GRANTING MOTION TO CONTINUE HEARING ON SUMMARY JUDGMENT SET FOR MARCH 24, 2025 AT 11:00 A.M. AND RESETTING DEADLINE FOR FILING MOTIONS FOR SUMMARY JUDGMENT AND ESTABLISHING CASE MANAGEMENT SCHEDULE** (Doc. No. 42) dated March 24, 2025 was served on March 24, 2025, using the Court's CM/ECF system thereby serving CM/ECF electronic filers to the following:

    United States Trustee, Office of the United States Trustee 501
    E. Polk St., Suite 1200 Tampa, Florida 33602;

    Chapter 13 Trustee, Jon Waage, P.O. Box 25001, Bradenton, FL
    34206-5001

and by U.S. Mail postage prepaid to the following:

    Jennifer S. Ivey, Esq., Attorney for Kimberly Whelpley, Walker Gressette & Linton,
    LLC, P.O. Drawer 22167, Charleston, SC 29401

Debtor, Nancy Godfrey, 510 Via Cintia, Punta Gorda  FL 33952 .

Dated this 24th day of March, 2025.

/s/ Benjamin G. Martin
Benjamin G. Martin
Attorney at Law
3131 S. Tamiami Trail, Suite 101
Sarasota, Florida 34239
(941) 951-6166
Florida Bar No. 464661
skipmartin@verizon.net

.