# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | |
|---|---|
| In re: | )<br>) |
| Edgar Clarence Godfrey, III, and<br>and Nancy Jo Godfrey, | )<br>)   Case No. 2:23-BK-01370-FMD<br>) |
| | )   Chapter 13<br>) |
| Debtors. | )<br>)   Adversary No. 2:24-ap-00009-FMD |
| _____ | ) |
| Kimberly Whelpley and Coastal<br>Resource Staffing, LLC, | )<br>)   **NOTICE OF INTENT TO SUBPOENA**<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| Edgar Clarence Godfrey, III, and<br>Nancy Jo Godfrey, | )<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

Plaintiffs, Kimberly Whelpley and Coastal Resource Staffing, LLC, by and through her undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 45(a)(4), as made applicable through Federal Rule of Bankruptcy Procedure, Rule 9016, hereby gives notice to all parties of its intent to serve a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in the above civil action, on the following: Bank of America Corporation; U.S. Bank, N.A; Wells Fargo Bank, N.A; and SouthState Bank, N.A.

Copies of the subpoenas are attached hereto as Exhibits 1-4.

Respectfully submitted,

[Signature page to follow]

        **WALKER GRESSETTE & LINTON, LLC**
Mail: P.O. Drawer 22167, Charleston, SC 29413
Office: 66 Hasell Street, Charleston, SC 29401
Phone: (843) 727-2200

By: /s/ *Jennifer S. Ivey*
**Jennifer S. Ivey**
FL Bar No. 116192
Direct: (843) 727-2216
Ivey@wglfirm.com

**ATTORNEY FOR PLAINTIFFS**

Charleston, South Carolina
June 20, 2025