# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FT. MYERS DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Nancy Jo Godfrey, | ) | Case No. 2:23-BK-01370-FMD |
| | ) | Chapter 13 |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| Kimberly Whelpley and Coastal | ) | Adversary No.: 2:24-ap-0009-FMD |
| Resource Staffing, LLC, | ) | |
| | ) | **WITHDRAWAL OF MOTION FOR** |
| Plaintiffs, | ) | **PARTIAL SUMMARY JUDGMENT** |
| | ) | **[ECF No. 38]** |
| v. | ) | |
| | ) | |
| Edgar Clarence Godfrey, III, and | ) | |
| Nancy Jo Godfrey, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

For the purposes of clarification, Plaintiffs Kimberly Whelpley and Coastal Resource Staffing, LLC, hereby formally withdraw the Motion for Partial Summary Judgment [ECF No. 38] that was previously filed on February 12, 2025 [ECF No. 38].

This case involves questions of nondischargeability of a debt owing to Kimberly Whelpley, directly or derivatively, arising from Whelpley's coownership of a business, Coastal Resource Staffing, LLC, with Edgar Clarence Godfrey, III. Debtor-Defendants dispute that Ms. Whelpley was ever an owner of Coastal Resource Staffing, LLC. Initially, the parties agreed to bifurcate the issues of: (1) ownership; and (2) liability/damages. *See, e.g.* Order Setting Deadline for Filing Motions for Summary Judgment and Establishing Briefing Schedule [ECF No. 32]. On February 12, 2025, Plaintiffs timely filed a Motion for Partial Summary Judgment as to the ownership question. [ECF No. 38].

Due to certain developments and issues of fact surrounding the ownership question, counsel then stipulated to reverse course so that all issues would be taken up together. *See* Correspondence from S. Martin to J. Ivey dated Mar. 20, 2025, attached hereto as **Exhibit A**. An Agreed Order was tendered to the Court and entered on March 24, 2025, to that effect. *See* [ECF No. 42]. Per that Order, all motions for summary judgment (on any issue) were to be filed on or before July 1, 2025. [ECF No. 42 at ¶ 3]. Responses to any filed motions were due on July 28, 2025. [ECF No. 42 at ¶ 4].

Plaintiffs did not refile their Motion for Partial Summary Judgment on the ownership question, or any other motions for summary judgment on or before July 1, 2025. *See generally* Docket. Debtor-Defendant did not file any motions for summary judgment before the deadline. *Id.* However, on July 28, 2025, likely out of an abundance of caution, Debtor-Defendant Nancy Jo Godfrey filed a Response in Opposition to Plaintiff's Motion for Partial Summary Judgment, an Affidavit, and discovery responses in support thereof. *See* [ECF Nos. 46, 47, and 48].

Plaintiffs maintain their positions set forth in their pleadings, but do not wish to have the issues resolved by way of summary judgment. Plaintiffs will allow this Court to hear the facts of this case, weigh the evidence, and make its findings of fact and conclusions of law at the time this case is tried. Accordingly, Plaintiffs hereby withdraw their Motion for Partial Summary Judgment and request removal of the hearing on the calendar for August 26, 2025, at 10:00 A.M.

        Respectfully submitted,

        */s/ Jennifer S. Ivey*
        Jennifer S. Ivey (Fla. Bar # 116192)
        Direct: (843) 727-2216
        Email: Ivey@WGLFIRM.com

        **WALKER GRESSETTE & LINTON, LLC**
        <u>Mail</u>:  P.O. Drawer 22167, Charleston, SC 29413
        <u>Office</u>:  66 Hasell Street, Charleston, SC 29401

Phone:  (843) 727-2200

*Attorney for Creditors Kimberley Whelpley
and Coastal Resource Staffing LLC*

August 4, 2025

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Edgar Clarence Godfrey, III, and | ) | Case No. 2:23-BK-01370-FMD |
| Nancy Jo Godfrey, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| Kimberly Whelpley and Coastal | ) | Adversary No. 2:24-ap-00009-FMD |
| Resource Staffing, LLC, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Edgar Clarence Godfrey, III, and | ) | |
| Nancy Jo Godfrey, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I hereby certify that a copy of Plaintiffs' *Withdrawal of Motion for Partial Summary Judgment [ECF No. 38]* with *Exhibit A* was served as follows:

<u>VIA CM/ECF</u>

Benjamin G. "Skip" Martin
3131 S. Tamiami Trail, Ste. 101
Sarasota, FL 34239

Jon Waage
Chapter 13 Trustee
P.O. Box 25001
Bradenton, FL 34206

<u>VIA U.S. MAIL</u>

Nancy Jo Godfrey
510 Via Cintia
Punta Gorda, FL 33950

1

2

United States Trustee
501 E. Polk Street, Suite 1200
Tampa, Florida 33602

/s/ *Jennifer S. Ivey*
**Jennifer S. Ivey (Fla. Bar No. 116192)**
Direct: (843) 727-2216
Email: Ivey@WGLFIRM.com

**WALKER GRESSETTE & LINTON, LLC**
Mail:   P.O. Drawer 22167, Charleston, SC 29413
Office: 66 Hasell Street, Charleston, SC 29401
Phone: (843) 727-2200

August 4, 2025
Charleston, South Carolina

2