# EXHIBIT "A"

**From:** Skip Martin
**To:** Jennifer Ivey
**Cc:** Eugenia Minniti
**Subject:** Re: Whelpley v Godfrey - Continuance of Summary Judgment Hearing
**Date:** Thursday, March 20, 2025 10:38:24 AM
**Attachments:** image347769.png
image001.png

OK. I'll prepare a draft of an order and get it to you later this am.

Skip

On 3/20/2025 10:28 AM, Jennifer Ivey wrote:

> Yeah, I think we would just tell the Court that we had previously thought it was appropriate to
> bifurcate the claims of ownership and liability but that we've stipulated that the issues will be taken
> up together and then establish a motion for summary judgment schedule +3 months out.

 WALKER GRESSETTE LINTON LLC

**JENNIFER IVEY**
**O:** 843.727.2200   **D:** 843.727.2216

**E:** ivey@wglfirm.com

PO Box 22167, Charleston, SC 29413
66 Hasell Street, Charleston, SC 29401

The information contained in this message, including attachments, is confidential and may contain
information protected by the attorney-client privilege or work product doctrine. If you are not the
addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If
you have received this communication in error, please destroy it and notify me immediately by calling
843-727-2200.

**From:** Skip Martin <skipmartinlaw@verizon.net>
**Sent:** Thursday, March 20, 2025 10:07 AM
**To:** Jennifer Ivey <ivey@wglfirm.com>
**Cc:** Eugenia Minniti <eminniti@wglfirm.com>
**Subject:** Re: Whelpley v Godfrey - Continuance of Summary Judgment Hearing

I am willing to consent to continuance of Monday's hearing conditioned upon the following:

-We get off the two-phased case management plan and revise the scheduling order to provide that
there is just one summary judgment deadline. I'm flexible on the date. I think we need at least 3
more months of discovery.

*Can you provide some clarification on this? Are you proposing that we simply delete the language
on the current order which restricts the summary judgment issue to the ownership issue?*

-Your client will provide responses to our non-ownership discovery requests within 21 days.

*This is fine. I believe you have just about everything we have already.*

-We will provide discovery responses when due next week.

*That would be great.*

-Your client will make herself available for a Rule 2004 exam or depo in this case. Ideally, I'd like to

coordinate Ms. Whelpley and Ms. Godfrey's depositions on the same day or back-to-back days.

*It would be a depo at this stage. No problem here.*

Call me on the clarification if needed. My cell is 941-780-4921.

Skip

On 3/19/2025 5:06 PM, Jennifer Ivey wrote:

> Thank you.  I doubt it existed either, although its odd that the one we have is titled "Amended."
>
> I am willing to consent to continuance of Monday's hearing conditioned upon the following:
>
> -We get off the two-phased case management plan and revise the scheduling order to provide that there is just one summary judgment deadline.  I'm flexible on the date.  I think we need at least 3 more months of discovery.
> -Your client will provide responses to our non-ownership discovery requests within 21 days.
> -We will provide discovery responses when due next week.
> -Your client will make herself available for a Rule 2004 exam or depo in this case. Ideally, I'd like to coordinate Ms. Whelpley and Ms. Godfrey's depositions on the same day or back-to-back days.
>
> Please let me know if this is agreeable by noon tomorrow so that we may report to the court either way.



**JENNIFER IVEY**
**O:** 843.727.2200   **D:** 843.727.2216
**E:** ivey@wglfirm.com

PO Box 22167, Charleston, SC 29413
66 Hasell Street, Charleston, SC 29401

The information contained in this message, including attachments, is confidential and may contain information protected by the attorney-client privilege or work product doctrine. If you are not the addressee, any disclosure, copying, distribution, or use of the contents of this message are prohibited. If you have received this communication in error, please destroy it and notify me immediately by calling 843-727-2200.